UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re

Madoff Securities International Limited        Case No. 09-16751-BKC-PGH

Debtor in a Foreign Proceeding                 Chapter 15

_____/

<u>AGENDA FOR HEARING ON CHAPTER 15 PETITION ON APRIL 14, 2009 AT 4:00 P.M.</u>

**DE # 3**

**Joint Provisional Liquidators' Expedited Petition For Recognition of Foreign Proceeding and for Commencement of Chapter 15 Ancillary Case in Aid of Foreign Main Proceeding Filed by Foreign Representatives Stephen John Akers, Mark Richard Byers, Andrew Laurence Hosking. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)**

*Requesting an Order of Recognition of Foreign Proceeding.*

**D.E. # 5**

**Motion to Approve Provisional Relief Pending Recognition of a Foreign Proceeding And For A Commencement of Chapter 15 Anciallry Case Filed by Foreign Representatives Stephen John Akers, Mark Richard Byers, Andrew Laurence Hosking**

*Requesting Provisional Relief Pending Recognition of Foreign Proceeding.*

**Adversary Case No.: 09-01355-PGH  (Akers et al v. Madoff )**

DE #3

**Ex Parte Motion For TRO and Order To Show Cause Filed by Plaintiffs Stephen John Akers, Mark Richard Byers, Andrew Laurence Hosking**

*Requesting Temporary Restraining Order and For Order To Show Cause*